UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1  EBEN GRAY II,
D-2  JERMAIN LEMEER WILLIAMS,
D-3  DONALD RAY CARSON,

    Defendants.

Case: 4:24-cr-20020
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 01-10-2024

---

# INDICTMENT

---

**THE GRAND JURY CHARGES:**

## COUNT ONE
### CONSPIRACY TO STEAL FIREARMS FROM A FEDERALLY LICENSED FIREARMS DEALER AND TO POSSESS STOLEN FIREARMS
(18 U.S.C. §§ 371, 922(u), & 922(j))

**D-1  EBEN GRAY II,**
**D-2  JERMAIN LEMEER WILLIAMS,**
**D-3  DONALD RAY CARSON**

1. Beginning sometime in December 2023 and continuing through on or about December 16, 2023, in the Eastern District of Michigan, Southern Division, Eben Gray, Jermain Williams, Donald Carson, Minor Conspirator-1 (MC-1), and

1

Minor Conspirator-2 (MC-2), knowingly and willfully combined, conspired, confederated and agreed together, and with persons known and unknown to the Grand Jury, to commit certain offenses against the United States, that is, to steal firearms from a federally licensed firearms dealer in violation of Title 18, United States Code, Section 922(u), and to receive, possess, sell, and dispose of stolen firearms in violation of Title 18, United States Code, Section 922(j).

## Object of the Conspiracy

2. The object of the conspiracy was to steal and obtain firearms and then sell them for money and profit.

## Manner and Means of the Conspiracy

3. It was part of the conspiracy that the conspirators would cover their faces with masks and travel by motor vehicle to a location near Dunham's Sports, a federally licensed firearms dealer in Burton, Michigan.

4. It was further part of the conspiracy that the conspirators would arrive at Dunham's Sports after normal business hours.

5. It was further part of the conspiracy that the conspirators would break and enter Dunham's Sports in order to steal and carry away various firearms in bags that they brought to the store.

## Overt Acts

6. In furtherance of the conspiracy and to achieve the object of the conspiracy, the members of the conspiracy committed the following overt acts, among others, in the Eastern District of Michigan, Southern Division, and elsewhere:

   a. On December 15, 2023, Eben Gray and Jermaine Williams went to the Dunham's Sports store located at G-4190 E. Court Street, Burton, MI, 48509, to learn about the gun shop and obtain information to assist them in planning the burglary.

   b. During the late-night hours of December 15, 2023, and continuing into the early-morning hours of December 16, 2023, Eben Gray drove his Pontiac Grand Prix to pick up Jermaine Williams, Donald Carson, Minor Conspirator-1 (MC-1), and Minor Conspirator-2 (MC-2). He then drove the group to the area of the Dunham's store and parked the vehicle near the former Lowe's store.

   c. The five then walked to the Dunham's store while wearing masks.

   d. When they reached the front of the Dunham's store, they broke a window and entered the store.

   e. Upon entry, they forced their way through a metal security gate which

3

stretched across the entrance of the store.

f. The group then made their way to a glass display case that contained numerous handguns. Some of the conspirators hit the glass with a wrench while others kicked at the glass in an effort to break the glass case to gain access to the firearms.

g. Once the glass broke, all five conspirators reached into the display case, grabbed the guns, and loaded the stolen firearms into bags that each person carried.

h. The five conspirators quickly fled from the Dunham's store leaving through the same window they broke to access the store.

i. Once outside the store, the five conspirators ran back to Eben Gray's vehicle. Gray then drove the others to Midway Apartments and dropped them off.

j. After the burglary Jermain Williams, Donald Carson, Minor Conspirator-1 (MC-1), and Minor Conspirator-2 (MC-2) removed gun locks from the stolen firearms and threw them in a dumpster.

k. After stealing the firearms, members of the conspiracy sold or otherwise disposed of the firearms.

4

All in violation of Title 18 United States Code, Sections 371, 922(u) and 922(j).

## COUNT TWO
## THEFT OF FIREARMS FROM A
## FEDERALLY LICENSED FIREARMS DEALER
## (18 U.S.C. § 922(u))

D-1   EBEN GRAY II,
D-2   JERMAIN LEMEER WILLIAMS,
D-3   DONALD RAY CARSON

On or about December 16, 2023, in the Eastern District of Michigan, Southern Division, Eben Gray, Jermain Williams, and Donald Carson stole and unlawfully took or carried away from the premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, that is, Dunham's Sports, any firearm in the licensee's business inventory that had been shipped or transported in interstate or foreign commerce, all in violation of Title 18, United States Code, section 922(u).

## COUNT THREE
## POSSESSION OF STOLEN FIREARMS
## (18 U.S.C. §§ 922(j) and 2)

D-1   EBEN GRAY II,
D-2   JERMAIN LEMEER WILLIAMS,
D-3   DONALD RAY CARSON

On or about December 16, 2023, in the Eastern District of Michigan, Southern Division, Eben Gray, Jermain Williams, Donald Carson, aided and abetted by each

5

other and others, knowingly possessed, received, concealed, stored, and disposed of stolen firearms, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Section 922(j).

### FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
### (18 U.S.C. § 924(d)(1))

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of the offense charged in Counts One through Three, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offenses.

**THIS IS A TRUE BILL.**

Dated: January 10, 2024

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/TIMOTHY M. TURKELSON
TIMOTHY M. TURKELSON (P53748)
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502

s/ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☑ No

Case: 4:24-cr-20020
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 01-10-2024

**Case Title:** USA v. EBEN GRAY, II, ET. AL.

**County where offense occurred:** GENESEE

**Check One:**   ☑ Felony   ☐ Misdemeanor   ☐ Petty

___Indictment/___Information --- **no** prior complaint.
_X_Indictment/___Information --- based upon prior complaint [Case number: 23-mj-30503 & 24-mj-30002 ]
___Indictment/___Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 10, 2024
_____
Date

Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013